LARA C. DE LEON (SBN 270252)
ldeleon@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
600 Anton Blvd., 11th Floor
Costa Mesa, California 92626
Telephone: (949) 743-3979
Facsimile: (949) 743-3934

JULIA LEVITSKAIA (SBN 286042)
jlevitskaia@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
2029 Century Park East, Suite 1100
Los Angeles CA 90067
Telephone: (310) 909-7775
Facsimile: (424) 465-6630

Attorneys for Defendant
RYDER INTEGRATED LOGISTICS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT PRICE,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>RYDER INTEGRATED LOGISTICS, INC.; and DOES 1 - 20, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:21-CV-02376-TLN-DB<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) REFERRAL PURSUANT TO LOCAL RULE 271**<br><br>Complaint filed: September 27, 2021 |

　　　Pursuant to Local Rule 271, Plaintiff Vincent Price and Defendant Ryder Integrated Logistics, Inc. (collectively, "the Parties") hereby agree to submit the above-entitled action to the Court's Voluntary Dispute Resolution Program (VDRP) and request this Court order

the matter to mediation before a mutually agreeable Neutral.

Pursuant to L.R. 271(i)(2), the Parties further agree as follows:

(1) the Parties agree to select a mutually agreeable Neutral from the list of three names provided by the Court or the VDRP Administrator within five (5) calendar days and in accordance with L.R. 271(e)(3);

(2) the Parties agree and specifically request to participate in the VDRP by remote videoconference;

(3) the Parties propose completing mediation within thirty (30) days of the Neutral's confirmation of willingness and ability to serve as the Parties' mediator;

(4) the Parties suggest and respectfully request that this Court continue the fact and expert discovery cutoff deadlines and the deadline for filing a dispositive motion by ninety (90) days, and re-calculate related discovery deadlines accordingly to allow the Parties time to meaningfully participate in the mediation, and specifically propose the following new deadlines:

(a) Fact Discovery Cutoff:   **January 17, 2023**
(b) Expert Discovery Cutoff:   **May 19, 2023**
(c) Plaintiff's Designation of Experts:   **March 20, 2023**
(d) Defendant's Designation of Rebuttal Experts:  **April 19, 2023**
(e) Deadline to Exchange Supplemental Discovery:   **June 19, 2023**
(f) Deadline to file Dispositive Motions:   **July 17, 2023**

Date: May 27, 2022            **LAW OFFICES OF MAUREEN E. MCFADDEN**

By:   /s/ *Maureen E. McFadden* (as authorized on 5/27/22)

Maureen E. McFadden
Attorneys for Plaintiff
VINCENT PRICE

Date: May 27, 2022                    **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

By:  /s/ *Lara C. de Leon*

Lara C. de Leon
Julia Levitskaia
Attorneys for Defendant
RYDER INTEGRATED LOGISTICS, INC.

**IT IS SO ORDERED.**

DATED:  May 27, 2022

_____
Troy L. Nunley
United States District Judge